# Criminal Case Cover Sheet         U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00108**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name: Robert P. Gough

Alias Name: _____

Address: _____

Norfolk, VA

Birthdate xx/xx/1959   SS# Xxx-xx-8148   Sex M   Race White   Nationality ____

**U.S. Attorney Information:**

SAUSA: Ryan Anderson

Interpreter: _X_ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED DEC - 4 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: 2    ___ Petty _X_ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 GCA 18192(b) <br> 18 USC 7(3) & 13 | Driving Under the Influence of Alcohol (BAC) | 1 |
| Set 2 | 16 GCA 18102(a) <br> 18 USC 7(3) & 13 | Driving Under the Influence of Alcohol | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 12/4/06   Signature of AUSA: _[signature]_

Case 1:06-cr-00108   Document 1-2   Filed 12/04/2006   Page 1 of 1