LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00108 |
| Plaintiff. | |
| vs. | **O R D E R**<br>**re United States' Request for**<br>**Issuance of Summons** |
| ROBERT P. GOUGH, | |
| Defendant. | |

Upon request of the Government,

IT IS SO ORDERED that a summons be issued for the Defendant to appear before the Court on December 14, 2006, at 9:00 a.m. for an initial appearance and arraignment in the above-captioned case.

December 7, 2006
DATE

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**