# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00108          DATE: December 14, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present     Court Recorder: Leilani T. Hernandez
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 9:19:08 - 9:22:48
CSO: B. Pereda

---

**APPEARANCES:**

Defendant: Robert Gough      Attorney: Richard Arens
DEFENDANT NOT PRESENT      ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Kristen St. Peters      U.S. Agent:
U.S. Probation: Maria Cruz      U.S. Marshal: D. Punzalan
Interpreter:      Language:

---

**PROCEEDINGS: Initial Appearance and Arraignment**
- Defense counsel requested the Court to re-issue the summons - Granted.
- The Court continued the hearing to allow defense counsel the opportunity to contact the defendant: January 23, 2007 at 9:00 A.M.

NOTES: