# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00108          DATE: January 23, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present          Court Reporter: None Present
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 9:08:30 - 9:09:51
CSO: B. Benavente

**APPEARANCES:**

Defendant: Robert P. Gough          Attorney: Richard Arens
DEFENDANT NOT PRESENT          ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson          U.S. Agent:
U.S. Probation: Stephen Guilliot          U.S. Marshal: G. Perez
Interpreter:          Language:

**PROCEEDINGS: Continued Initial Appearance and Arraignment**
- Defense counsel's oral motion to continue the hearing so he may have the opportunity to obtain a consent and waiver of appearance from his client was granted.
- Proceedings continued to: February 13, 2007 at 9:00 A.M.

NOTES: