# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00108　　　　　　　　　　　DATE: February 13, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Reporter: None Present
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 9:46:27 - 9:49:07
CSO: B. Benavente

**APPEARANCES:**

Defendant: Robert P. Gough　　　　　　　Attorney: John Gorman
DEFENDANT NOT PRESENT　　　　　　　　☒ Present ☐ Retained ☒ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson　　　　　U.S. Agent:
U.S. Probation: Christopher Duenas　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Initial Appearance and Arraignment**

- Proceedings continued to: <u>February 27, 2007 at 10:30 a.m.</u>

NOTES: Parties oral motion to continue the hearing pending receipt of documents from defendant was granted.