# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00108                              DATE: February 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                       Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore              Electronically Recorded: 11:08:43 - 11:10:02
                                                                           12:06:05 - 12:09:23
CSO: B. Benavente / L. Ogo

**APPEARANCES:**

Defendant: Robert P. Gough                         Attorney: Richard Arens
DEFENDANT NOT PRESENT                              ☑ Present  ☐ Retained  ☑ FPD  ☐ CJA
☐ Present  ☐ Custody  ☐ Bond  ☐ P.R.

U.S. Attorney: Ryan Anderson                       U.S. Agent:
U.S. Probation: Carleen Borja                      U.S. Marshal: D. Punzalan
Interpreter:                                       Language:

**PROCEEDINGS: Continued Initial Appearance and Arraignment**

- Continued Initial Appearance, Arraignment and Plea set before Chief Judge Frances Tydingco-Gatewood: March 14, 2007 at 10:00 A.M.

NOTES: