JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
ROBERT GOUGH

**FILED**
DISTRICT COURT OF GUAM

MAR - 5 2007 *pbr*

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00108 |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT; CONSENT TO |
| | ) | ARRAIGNMENT, CHANGE OF PLEA |
| vs. | ) | AND SENTENCING IN DEFENDANT'S |
| | ) | ABSENCE |
| ROBERT GOUGH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, ROBERT GOUGH, state under penalty that:

1.    Pursuant to Rule 43 (b)(2) of the Federal Rules of Criminal Procedure, I

consent to Richard P. Arens, Assistant Federal Public Defender, representing me at the arraignment,

change of plea hearing and sentencing in my absence.

2.    I have thoroughly reviewed the information and plea agreement in the above-

referenced case and have discussed both documents in detail with Mr. Arens.

3.    I further state that I am of sound mind and fully understand each and every

ORIGINAL

provision of the plea agreement.

4.      Specifically, I am aware of the minimum and maximum sentence available for the stated offense of Driving Under the Influence, and I voluntarily waive each and every right contained in paragraphs 9 and 10 of the plea agreement.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:

_____
ROBERT GOUGH
Defendant

SUBSCRIBED AND SWORN before me this 12 day of February, 2007.

_____
Notary Public

My Commission Expires:

October 31, 2009