# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

United States of America

**NOTICE**

V.

**ROBERT GOUGH**      CASE NUMBER:    **CR-06-00108**

TYPE OF CASE:

☐ **CIVIL**      X   **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**CONTINUED INITIAL APPEARANCE, ARRAIGNMENT, AND PLEA**

X   **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | **Wednesday, March 14, 2007 at 10:00 a.m.** | **Thursday, March 15, 2007 at 9:30 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**March 5, 2007**      /s/ Leilani R. Toves Hernandez
DATE      (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
        Federal Public Defender
        U.S. Probation Office
        U.S. Marshals Service