## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-06-00108          DATE: March 15, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 9:47:49 - 10:32:17
CSO: B. Benavente

**APPEARANCES:**

Defendant: Robert P. Gough      Attorney: Richard Arens
DEFENDANT NOT PRESENT      ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson      U.S. Agent:
U.S. Probation: Stephen Guilliot      U.S. Marshal: D. Punzalan
Interpreter:      Language:

**PROCEEDINGS: Continued Initial Appearance / Arraignment / Plea / Sentencing**
- Defense counsel advised of defendant's rights, charges and penalties.
- Mr. Arens waived reading of Information.
- Plea entered: Guilty Count II
- Mr. Arens entered his client's guilty plea without a written plea agreement.
- Plea: Accepted.
- Government's oral motion to dismiss Count I granted.
- Defendant's brief due: March 29, 2007
- Government's response due: April 5, 2007
- Defendant's reply due: April 12, 2007
- Defendant sentenced to 48 hours confinement.
- Defendant ordered to pay $1,000.00 fine within 2 months from the date of judgment.

NOTES: The Court ordered counsel to brief the issue regarding confinement.

     Final judgment will be issued after the briefs are received.