JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
ROBERT GOUGH

**FILED**

DISTRICT COURT OF GUAM

APR - 6 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-06-00108 |
| ) | |
| Plaintiff, ) | STIPULATION CONCERNING |
| ) | SENTENCING |
| ) | |
| vs. ) | |
| ) | |
| ROBERT GOUGH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION CONCERNING SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that under the Assimilative Crimes Act the state statute that fixes the length of prison term should

control sentence imposed by District Court. The parties further stipulate that once sentenced, the

defendant becomes a federal prisoner, and during his confinement the conditions for release are

controlled by federal correctional policies.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, April 5, 2007.


RICHARD P. ARENS
Attorney for Defendant
ROBERT GOUGH


RYAN ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2