AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Robert P. Gough,

    Defendant.

**NOTICE**

CASE NUMBER: 1:06-cr-00108

[ X ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910<br>Hon. Frances Tydingco-Gatewood | 413 |
| | DATE AND TIME |
| | May 3, 2007 at 9:30 A.M. |

TYPE OF PROCEEDING

# CONTINUED SENTENCING

[ ] **TAKE NOTICE** that the resentencing hearing in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| April 17, 2007 | /s/ Virginia T. Kilgore |
|---|---|
| DATE | DEPUTY CLERK |

TO: U. S. Attorney's Office
    Richard Arens