**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-06-00108-001　　　　　　　　　　DATE: May 03, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　Electronically Recorded: 11:06:01 - 11:21:00
CSO: J. Lizama

**APPEARANCES:**
Defendant: Robert P. Gough　　　　　Attorney: Richard Arens
DEFENDANT NOT PRESENT　　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.
U.S. Attorney: Tanya Cruz　　　　　U.S. Agent:
U.S. Probation: Christopher Duenas　U.S. Marshal: D. Punzalan / V. Roman
Interpreter:　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Sentencing**
- Mr. Arens waived his client's appearance.
- Defendant committed to the Bureau of Prisons for a term of <u>48 hours, upon his return to Guam.</u>
- Defendant ordered to pay fine in the amount of $1,000.00.
- Defendant was ordered to pay a special assessment fee of $25.00.
- Parties ordered to submit their stipulation regarding confinement by Friday, May 11, 2007.
- Court stated that the Judgment will be issued upon receipt of said stipulation.

NOTES: