JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
ROBERT P. GOUGH

**FILED**

DISTRICT COURT OF GUAM

MAY 15 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-06-00108 |
| | ) |
| Plaintiff, | ) STIPULATION CONCERNING CREDIT |
| | ) FOR TIME SERVED |
| vs. | ) |
| | ) |
| ROBERT P. GOUGH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION CONCERNING CREDIT FOR TIME SERVED**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the District Court is not authorized to compute credit for time served. "Rather, the prerogative

to grant credits in the first instance rests with the Attorney General, acting through the Bureau of

Prisons." United States v. Peters, 470 F.3rd 907, (9th Cir. 2006).   In contrast, a District Court does

have authority to sentence a defendant to time served. United States v. Luna-Orozco, 321 F.3d 857

(9th Cir. 2003).

IT IS SO STIPULATED:

DATED: Mongmong, Guam, May 11, 2007.

RICHARD P. ARENS
Attorney for Defendant
ROBERT P. GOUGH

RYAN ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA