JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ROBERT P. GOUGH



**FILED**
DISTRICT COURT OF GUAM
AUG 27 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-06-00108 |
|---|---|
| Plaintiff, | ) STIPULATION ALLOWING FOR |
| | ) MONTHLY PAYMENT OF FINE AND |
| vs. | ) SPECIAL ASSESSMENT FEE |
| ROBERT P. GOUGH, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the fine ($1,000.00) and the special assessment fee ($25.00) imposed in this case be paid to the

//

//

//

//

ORIGINAL

court in the amount of $200.00 per month until paid in full.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 15, 2008.

_____
RICHARD P. ARENS
Attorney for Defendant
ROBERT P. GOUGH

_____
ANDREW HENDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2