JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ROBERT P. GOUGH

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR-06-00108 |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| ROBERT P. GOUGH, | ) | |
| Defendant. | ) | |

The Stipulation filed on August 27, 2008, is HEREBY APPROVED and So ORDERED. Defendant shall pay the amount of $200 per month until the fine ($1,000.00) and the special assessment fee ($25.00) imposed is paid in full.

So ordered.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Sep 03, 2008**